UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IVY BAILEY, *et al.*

      Plaintiffs,

v.                                                                    Case No. 12-CV-11504
                                                                             Honorable Denise Page Hood

EDWARD CALLAGHAN, *et al.*,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISSOLVE PRELIMINARY INJUNCTION

This matter comes before the Court on Defendants' Motion to Dissolve Preliminary Injunction. [Docket No. 50, filed May 22, 2013] On May 9, 2013, the Sixth Circuit issued a judgment reversing the Court's June 11, 2012 order granting Plaintiffs' motion for preliminary injunction. The mandate issued on June 28, 2012. Therefore, consistent with the Sixth Circuit's May 9, 2012 opinion, IT IS ORDERED that Defendants' Motion to Dissolve Preliminary Injunction [Docket No. 50, filed May 22, 2013] is GRANTED.

IT IS FURTHER ORDERED that the June 11, 2012 Preliminary Injunction is DISSOLVED.

IT IS SO ORDERED.

                                    S/Denise Page Hood
                                    Denise Page Hood
                                    United States District Judge

Dated: July 10, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 10, 2013, by electronic and/or ordinary mail.

                                    S/LaShawn R. Saulsberry
                                    Case Manager